FILED

01/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0402

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0402

_____

IN THE MATTER OF THE GUARDIANSHIP
OF:

J.S.M.,

    A Minor Child:

DIANA R. MERIDETH and KENNETH M.
MERIDETH,

        Petitioners, Appellees and Cross
Appellants,

_____

IN THE MATTER OF THE GUARDIANSHIP
OF:

J.S.M.,

    A Minor Child:

CAROL M. MERIDETH,

    Petitioner and Appellant.

O R D E R

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure.  After reviewing the Appellees/Cross Appellant's combined answer and opening brief filed electronically on January 19, 2021, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 10(6) requires the use of initials in reference to minor children. Appellees/Cross Appellant's brief contains the first names of the minor children on pages 9, 10, and 13.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellees/Cross Appellants shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellees/Cross Appellants shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellees/Cross Appellants and to all parties of record.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
January 19 2021